FILED
2021 MAY 24  AM 10: 36
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

Submit this form by e-mail to:
CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>USMS# Scott Berkett | PLAINTIFF<br><br>DEFENDANT | CASE NUMBER:<br>2:21-mj-02521<br><br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 5/21/2021 at 2:10 ☐ AM ☒ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   1958 - Murder-For-Hire

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes  Language: _____

7. Year of Birth: 1997

8. Defendant has retained counsel: ☐ No
   ☒ Yes  Name: Blair Berk  Phone Number: 310-748-4775

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Caitlin Bowdler  (please print)

12. Office Phone Number: 310-477-6565

13. Agency: FBI

14. Signature: [signature]

15. Date: 5/21/2021

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION