
FILED
CLERK, U.S. DISTRICT COURT

MAY 24 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Scott Quinn Baskett, DEFENDANT(S). | CASE NUMBER 2:21-mj-02521 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of ___defendant___, IT IS ORDERED that a detention hearing is set for ___Thursday___, ___, at __1:00__ ☐ a.m. / ☒ p.m. before the Honorable ___Jacqueline Chooljian___, in Courtroom __750__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __5/24/2021__

_____
U.S. District Judge/Magistrate Judge