# UNITED STATES DISTRICT COURT
## for the
## Central District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Scott Bennett | ) | Case No. 21-mj-2521 |
| Defendant | ) | |

FILED
CLERK, U.S. DISTRICT COURT
MAY 24 2021
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 5/24/2021

_Scott Bennett_ /s/
Defendant's signature

_[signature]_
Signature of defendant's attorney

_[signature]_ 5/24/21

---

I have translated this Waiver of Preliminary Hearing to the defendant in the _____ language.

Date: _____

_____
Signature of Interpreter

CR-110 (06/12)    Waiver of a Preliminary Hearing