EVAN A. JENNESS, ESQ. (SBN 136822)
LAW OFFICES OF EVAN A. JENNESS
777 S. FIGUEROA STREET, STE. 3800
LOS ANGELES, CA 90017
Tel. (213) 630-5088
Fax: (213) 683-1225
Email:  evan@jennesslaw.com

BLAIR BERK, ESQ. (SBN 159087)
TARLOW & BERK PC
9119 SUNSET BLVD.
WEST HOLLYWOOD, CA 90069-3106
Tel.  (310) 278-2111
Fax: (310) 550-7055
Email: blairberk@earthlink.net

Attorneys for Defendant Scott Berkett

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>             v.<br><br>JEFFREY QUINN BERKETT,<br><br>             Defendant. | No. CR 21-mj-02521<br><br>STIPULATION REGARDING CONTINUANCE OF BAIL HEARING<br><br>Date presently set: June 2, 2021 (1:00 p.m.)<br><br>Date requested: June 7, 2021 (1:00 p.m.) |

The parties hereby stipulate and agree, and request that the Court order that the bail hearing presently set for 1:00 p.m. on June 2, 2021, be continued to 1:00 p.m. on June 7, 2021.

The reasons for this request are that defense counsel has yet to confer with Scott Berkett since his initial appearance, due to quarantine and limited telephonic access, and is continuing to evaluate potential bail resources.

Attorney Evan Jenness has conferred with Pretrial Services Officer Dalayna Ecklund, who is available.

A Proposed Order is submitted herewith.

IT IS SO STIPULATED.

Date: June 1, 2021

    Respectfully submitted,

    LAW OFFICES OF EVAN A. JENNESS

    /s/ Evan A. Jenness
    _____
    Evan A. Jenness

    TARLOW & BERK, pc

    /s/ with authorization.
    _____
    Blair Berk

    Counsel for Scott Berkett


    TRACY L. WILKISON,
    Acting United States Attorney

    SCOTT GARRINGER
    Assistant United States Attorney
    Chief, Criminal Division

    /s/ with authorization.
    _____
    JOSEPH AXELRAD
    Assistant United States Attorney

    Attorneys for Plaintiff
    UNITED STATES OF AMERICA