EVAN A. JENNESS, ESQ. (SBN 136822)
LAW OFFICES OF EVAN A. JENNESS
777 S. FIGUEROA STREET, STE. 3800
LOS ANGELES, CA 90017
Tel. (213) 630-5088
Fax: (213) 683-1225
Email:  evan@jennesslaw.com

BLAIR BERK, ESQ. (SBN 159087)
TARLOW & BERK PC
9119 SUNSET BLVD.
WEST HOLLYWOOD, CA 90069-3106
Tel.  (310) 278-2111
Fax: (310) 550-7055
Email: blairberk@earthlink.net

Attorneys for Defendant Scott Berkett

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>JEFFREY QUINN BERKETT,<br><br>　　　　Defendant. | No. CR 21-mj-02521<br><br>[PROPOSED] ORDER CONTINUING BAIL HEARING<br><br>Date presently set: June 2, 2021 (1:00 p.m.)<br><br>Date requested: June 7, 2021 (1:00 p.m.) |

Pursuant to the parties' stipulation, and for good cause shown, the bail hearing presently set for 1:00 p.m. on June 2, 2021, is hereby continued to 1:00 p.m. on June 7, 2021.

IT IS SO ORDERED.

_____     _____
DATE                                HONORABLE JACQUELINE CHOOLJIAN
                                    UNITED STATES MAGISTRATE JUDGE

Presented by:

     /s/
_____
EVAN A. JENNESS
Counsel for Defendant Scott Berkett