1  EVAN A. JENNESS, ESQ. (SBN 136822)
   LAW OFFICES OF EVAN A. JENNESS
2  777 S. FIGUEROA STREET, STE. 3800
   LOS ANGELES, CA 90017
3  Tel. (213) 630-5088
   Fax: (213) 683-1225
4  Email:  evan@jennesslaw.com

5  BLAIR BERK, ESQ. (SBN 159087)
   TARLOW & BERK PC
6  9119 SUNSET BLVD.
   WEST HOLLYWOOD, CA 90069-3106
7  Tel.  (310) 278-2111
   Fax: (310) 550-7055
8  Email: blairberk@earthlink.net

9
   Attorneys for Defendant Scott Berkett
10
                    UNITED STATES DISTRICT COURT
11
               FOR THE CENTRAL DISTRICT OF CALIFORNIA
12

13 | UNITED STATES OF AMERICA,      | No. CR 21-mj-02521
14 |         Plaintiff,             | ORDER CONTINUING BAIL HEARING
15 |            v.                  |
                                     Date presently set: June 2, 2021
16 | JEFFREY QUINN BERKETT,         | (1:00 p.m.)
17 |         Defendant.             | Date requested: June 7, 2021 (1:00
                                     p.m.)
18

19
20
21
22
23
24
25
26
27
28

Pursuant to the parties' stipulation, and for good cause shown, the bail hearing presently set for 1:00 p.m. on June 2, 2021, is hereby continued to 1:00 p.m. on June 7, 2021.

IT IS SO ORDERED.

June 2, 2021

DATE

/s/
HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/
EVAN A. JENNESS
Counsel for Defendant Scott Berkett