TRACY L. WILKISON
Acting United States Attorney
By: JOSEPH D. AXELRAD (213-894-7964)
United States Courthouse
312 N. Spring Street
Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF, | 21-MJ-2521 |
| v. | |
| SCOTT QUINN BERKETT | ORDER FOR DISMISSAL |
| DEFENDANT | OF MAGISTRATE'S COMPLAINT |

A Magistrate's Complaint having been filed before the United States Magistrate Margo A. Rocconi in Los Angeles, California, against the above-named defendant, charging a violation of Title 18, United States Code, Section 1958, and the Acting United States Attorney having moved for a dismissal of the complaint by the presentment of this Order,

IT IS HEREBY ORDERED that said Complaint be dismissed as to defendant SCOTT QUINN BERKETT only without prejudice and that defendant be released if in custody solely on this charge, or if not, that bond, if any, be exonerated on this charge.

Date: _____

_____
United States Magistrate Judge

Presented by:

*Joe Axelrad*
JOSEPH D. AXELRAD
Assistant United States Attorney

**Complaint Filed: May 21, 2021**

**Is the person in custody?**
YES ☒
NO ☐